IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| DARRYL HINTON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | No. CIV-11-253-C |
| | ) | |
| JAMES CRABTREE CC, et al., | ) | |
| | ) | |
| Respondent. | ) | |

O R D E R

This action for habeas corpus relief brought by a prisoner, proceeding pro se, was referred to United States Magistrate Judge Bana Roberts, consistent with the provisions of 28 U.S.C. § 636(b)(1)(B). Judge Roberts entered a Report and Recommendation on March 31, 2011, to which Petitioner has timely responded. The Court therefore considers the matter de novo.

Rather than objecting to the Report and Recommendation, Petitioner has filed a "Motion Answering Report and Recommendation," in which he states he has no objection, but asks the Court to review the documents held by the Oklahoma Supreme Court. This is better done by the transferee court.

Accordingly, the Report and Recommendation of the Magistrate Judge (Dkt. No. 9) is adopted and this action is transferred to the United States District Court for the Northern District of Oklahoma.

IT IS SO ORDERED this 11th day of April, 2011.

ROBIN J. CAUTHRON
United States District Judge